Hon. David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| HEATHER DOREEN BENDICKSON,<br>*Plaintiff*,<br><br>vs.<br><br>VROOM, INC., and ALLY FINANCIAL, INC.,<br>*Defendants*. | Case No.: 21-cv-05762-DGE<br><br>[Removal from Pierce County Superior Court, case number 21-2-07283-8]<br><br>**DECLARATION OF STEVEN HATHAWAY IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL ARBITRATION**<br><br>**ORAL ARGUMENT REQUESTED** |

I, Steven C. Hathaway, declare:

1. I have personal knowledge of the facts set forth below and if called as a witness I can and will competently testify to them under oath.

2. Attached as **Exhibit P-1** is a copy of the DocuSign envelope comprised of 64 pages that Defendant Vroom emailed to Plaintiff on September 4, 2020.

3. Attached as **Exhibit P-2** is a copy of page 1 of the DocuSign documents advising Plaintiff that she had 24 Hours to Sign and Complete Payment of Lose Car.

4. Attached as **Exhibit P-3** is a copy of the Vroom Retail Purchase Agreement (RPA).

5. Attached as **Exhibit P-4** is a copy of the Motor Vehicle Retail Installment Sales Contract (RISC).

DECLARATION OF
STEVEN C. HATHAWAY

LAW OFFICES OF STEVEN C. HATHAWAY
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE (360) 676-0529
FAX (360) 676-0067

1

6. Attached as **Exhibit P-5** is a copy of the Buyers Guide (Dealer Warranty).

7. Attached as **Exhibit P-6** is a copy of the Vroom 3-Month 6,000-Mile Limited Warranty.

8. Attached as **Exhibit P-7** is a copy of the Vroom Roadside Assistance Limited Agreement.

9. Attached as **Exhibit P-8** is a copy of the Vroom Guaranteed Asset Protection (GAP Coverage).

10. Attached as **Exhibit P-9** is a copy of the Vroom Protect Tire & Wheel Protection Service Contract.

11. Attached as **Exhibit P-10** is a copy of the Vroom Protect Vehicle Service Protection Vehicle Service Contract.

12. Attached as **Exhibit P-11** is a copy of the AAA Fees.

13. Attached as **Exhibit P-12** is a copy of the JAMS fee schedule.

14. Attached as **Exhibit P-13** is a copy of the Better Business Bureau Article.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.


*Dated*: 02/18/2022           */s/ Steven C. Hathaway*
                              Steven C. Hathaway

DECLARATION OF
STEVEN C. HATHAWAY

LAW OFFICES OF STEVEN C. HATHAWAY
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE (360) 676-0529
FAX (360) 676-0067

2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that a true and correct copy of the foregoing Plaintiff's Initial Disclosures has been served on this date February 18, 2022, upon:

Lorber, Greenfield & Polito, LLP
Ofelia Granados, Counsel for Defendant Vroom, Inc.,
11811 NE 1st Street, Suite 300
Bellevue, WA 98005
Ofelia A. Granados OGranados@lorberlaw.com

Troutman Pepper Hamilton Sanders, LLP
Roman D. Hernandez, Counsel for Defendant Ally Financial, Inc.
100 SW Main Street, Suite 1000
Portland, OR 97204
Roman.hernandez@troutman.com

X by directly emailing a true copy thereof to his or her email address listed above.

By:     **Steven C. Hathaway**
        Steven C. Hathaway, WSBA # 24971
        shathaway@expresslaw.com
        3811 Consolidation Avenue
        Bellingham, WA 98229
        (360) 676-0529
        Attorney for Plaintiff Heather Bendickson

DECLARATION OF
STEVEN C. HATHAWAY

LAW OFFICES OF STEVEN C. HATHAWAY
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE (360) 676-0529
FAX (360) 676-0067

3