UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HEATHER DOREEN BENDICKSON, <br><br>Plaintiff, <br>v. <br><br>VROOM INC, <br><br>Defendant. | CASE NO. 3:21-cv-05762-DGE <br><br> ORDER DISMISSING AMENDED COMPLAINT (DKT. NO. 78) |

This matter comes before the Court on the parties' motion for dismissal of the Amended Complaint. (Dkt. No. 78.) Accordingly, and having considered the motion and the remainder of the record, the Court finds and ORDERS that the motion is GRANTED and the Amended Complaint is DISMISSED. This action is DISMISSED with prejudice and without further costs or fees to any party, having been fully settled and compromised between the parties.

Dated this 14th day of July, 2023.



David G. Estudillo

1   United States District Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DISMISSING AMENDED COMPLAINT (DKT. NO. 78) - 2